# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-381-RJC-DCK

| | |
|---|---|
| KIMBERLY ADAMS, as personal representative of the ESTATE OF GARY L. ADERHOLT, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL FIRE INSURANCE )<br>COMPANY and LIBERTY MUTUAL )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Notice Regarding Stay and Joint Motion to Amend Scheduling Order" (Document No. 35) filed January 19, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Stay of this litigation is hereby **LIFTED** and that the "Joint Motion to Amend Scheduling Order" (Document No. 35) is **GRANTED**. Plaintiff shall have up to and including **January 31, 2015,** to file supplemental briefing regarding her Motion for Summary Judgment, and Defendants shall have **fourteen days** thereafter to file a response. Such briefing shall be directed to information learned during the declaratory judgment action and shall be limited to no more than **ten (10) pages** by each party.

Signed: January 20, 2015

David C. Keesler
United States Magistrate Judge