# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:13-CV-381-RJC-DCK

| | |
|---|---|
| KIMBERLY ADAMS, as personal representative of the ESTATE OF GARY L. ADERHOLT, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY & LIBERTY MUTUAL INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice of Settlement" (Document No. 39) notifying the Court that the parties reached a settlement on February 20, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 20, 2015**.

Signed: February 24, 2015

David C. Keesler
United States Magistrate Judge